UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 07-51 (JLL) |
| **GEORGE DOWD** | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Christopher J. Christie, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendant GEORGE DOWD, (Paul Condon, appearing) having been charged with a violation of 18 U.S.C. Section 922(g)(1), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from May 27, 2008 through August 4, 2008 and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant consents to the continuance; and

(2) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 21st day of May 2008,

ORDERED that this action be, and it hereby is, continued from May 27, 2008, through August 4 , 2008.

IT IS FURTHER ORDERED that the period from May 27, 2008 through August 4, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE