UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 07-51 (JLL) |
| GEORGE DOWD | : | <u>CONTINUANCE ORDER</u> |

        This matter having come before the Court on the joint
application of Christopher J. Christie, United States Attorney
for the District of New Jersey (by Robert Frazer, Assistant U.S.
Attorney), and defendant George Dowd (by Paul Condon, Esq.) for
an order granting a continuance of the proceedings in the above-
captioned matter to pursue plea negotiations, and the defendant
being aware that he has the right to have the matter brought to
trial within 70 days of the date of his appearance before a
judicial officer of this court pursuant to Title 18 of the United
States Code, Section 3161(c)(1), and as the defendant has
consented to such a continuance, and for good and sufficient
cause shown,

        IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

        1.  Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

2.   The grant of a continuance will likely conserve judicial resources;

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _____30ᵗʰ_____ day of __JULY__ 2008,

ORDERED that this action be, and it is hereby continued from August 5, 2008 through October ~~10~~ 14, 2008; and the trial is scheduled for __October 14__, 2008, or a date to be set by the Court;

ORDERED that the period from August 5, 2008 through October ~~10~~ 14, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. Jose L. Linares
United States District Judge

Form and entry
consented to:

_____
Robert Frazer
Assistant U.S. Attorney

_____
Paul Condon, Esq.
Counsel for defendant George Dowd