2007R00064

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Cr. No. 07-051 |
| GEORGE DOWD | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 07-051, against defendant George Dowd, charging the defendant with possession of a firearm by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1), because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

*[signature]*
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted on this ___ day of __October__ for the filing of the foregoing dismissal.

*[signature]*
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE